# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ALEJANDRO DURAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 01 C 6858 |
| | ) | Consol. With |
| v. | ) | No. 02 C 6248 |
| | ) | Judge John H. Grady |
| TOWN OF CICERO, et al., | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

Defendants.

## STIPULATION AND WAIVER OF REQUIREMENT OF PROOF
## THAT TOWN CAUSED CONSTITUTIONAL VIOLATION

Defendant, the Town of Cicero (the "Town"), hereby stipulates to the following:

1.   Plaintiffs have brought this action against the Town and certain individual police officers specified in the pleadings.

2.   In Count IV of the Fourth Amended Complaint in this action, Plaintiffs allege that the Town is liable to Plaintiffs for damages under 42 U.S.C. § 1983 because the Town's policies and practices violated Plaintiffs' Fourth and Fourteenth Amendment rights.

3.   The Town asserts that, even if Plaintiffs' rights were violated, it did not cause those violations by any Town custom, practice or policy that would give rise to liability under 42 U.S.C. § 1983. The town denies liability to the Plaintiffs.

4.   Notwithstanding its denial of Plaintiffs' allegations, the Town agrees to entry of judgment in the amount of $1.00 to be entered against it on Plaintiffs' § 1983 claims under Count IV of the Fourth Amended Complaint, if and only if the jury in this case finds that Cicero police officers violated Plaintiffs' rights, under the Fourth and Fourteenth Amendments, and awards compensatory damages.

5.   In this case only, the Town specifically waives its right under *Monell v New York City Dept of Social Services,* 436 U.S. 658, 98 S.Ct. 2018 (1978) not to be held liable in damages under § 1983 without proof that the Town by its "policy, custom; or practice" caused the alleged constitutional violation.

6.   The Town retains the right to move to alter or amend any judgment, move for judgment as a matter of law reversing such judgment, appeal or seek any other post-trial relief from

such judgment based on any grounds not inconsistent with this stipulation.  Furthermore, this stipulation is inapplicable to any awards of punitive damages.

Respectfully submitted,

THE TOWN OF CICERO

By:     s/ George S. Spataro
        George S. Spataro, Esq.

George S. Spataro (#3126416)
K. Austin Zimmer (#6276227)
Del Galdo Law Group, LLC
10526 West Cermak Road, Suite 300
Westchester, IL  60154
708-531-8800