# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| DURAN, ET AL | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 01 C 6858 |
| TOWN OF CICERO, ET AL | |

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that jury verdict for certain plaintiffs and against the defendants.

Michael W. Dobbins, Clerk of Court

Date: 2/19/2008       _____

/s/ Terry Perdue, Deputy Clerk