# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALEJANDRO DURAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 01 C 6858 |
| | ) |
| TOWN OF CICERO, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| EDUARDO GUDINO | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 02 C 6248 |
| | ) |
| TOWN OF CICERO et al., | ) |
| | ) |
| Defendants. | ) |

## AMENDED JUDGMENT ORDER ON STATE LAW
## CLAIMS AGAINST THE TOWN OF CICERO

Based on the verdicts of the jury returned in this case on February 14, 2008, and the mandate of the Court of Appeals, the court hereby enters the following amended judgments as to the plaintiffs' state law claims against the Town of Cicero:

JUDGMENT is hereby entered in favor of the plaintiff ALEJANDRO DURAN and against the TOWN OF CICERO in the amount of $675,000 as compensatory damages.

JUDGMENT is hereby entered in favor of the plaintiff MARIA CONCEPCION DURAN and against the TOWN OF CICERO in the amount of $100,000 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff JAQUELIN DURAN and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff ARMANDO DURAN and against the defendant TOWN OF CICERO in the amount of $25,000 as compensatory damages.

JUDGMENT is hereby entered in favor of the plaintiff ANNA MARIA DURAN and against the defendant TOWN OF CICERO in the amount of $100,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff ARMANDO DURAN, JR. and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff YONATHAN DURAN and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff ADOLFO DURAN and against the defendant TOWN OF CICERO in the amount of $585,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff ADOLFO DURAN, JR. and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff GONZALO DURAN and against the defendant TOWN OF CICERO in the amount of $120,000.00 as compensatory damages.

JUDGMENT is hereby entered in favor of the plaintiff AMADA DURAN and against the defendant TOWN OF CICERO in the amount of $40,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff GONZALO

DURAN, JR. and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff CONCEPCION DURAN and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff KEVIN DURAN and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JAIME DURAN and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff LUZ MARIA PINEDA and against the defendant TOWN OF CICERO in the amount of $40,000.00 as compensatory damages.

JUDGMENT is hereby entered in favor of the plaintiff DANIEL PINEDA and against the defendant TOWN OF CICERO in the amount of $15,000.00 as compensatory damages.

JUDGMENT is hereby entered in favor of the plaintiff IGNACIO RODRIGUEZ and against the defendant TOWN OF CICERO in the amount of $100,000.00 as compensatory damages.

JUDGMENT is hereby entered in favor of the plaintiff ALMA RODRIGUEZ and against the defendant TOWN OF CICERO in the amount of $10,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff ANA RODRIGUEZ and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff KATHY BONILLA and against the defendant TOWN OF CICERO in the amount of $10,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff BASILISA PINEDA and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff JAVIER RODRIGUEZ and against the defendant TOWN OF CICERO in the amount of $25,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff RENE MORENO, SR., and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff LISBETH MORENO and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff RENE MORENO, JR., and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff MARIA ALICIA MORENO and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff RUBEN PINEDA and against the defendant TOWN OF CICERO in the amount of $100,000.00 as compensatory damages.

JUDGMENT is hereby entered in favor of the plaintiff SILVIA PINEDA and against the defendant TOWN OF CICERO in the amount of $25,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff ANABELL PINEDA and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff MARLENE PINEDA and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby against the plaintiff EDWIN PINEDA and

in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff KALYN PINEDA and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff FLORINA PINEDA and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff JOEL URIBE and against the defendant TOWN OF CICERO in the amount of $25,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff ESTHER MERAZ and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff HERIBERTO URIBE, SR. and against the defendant TOWN OF CICERO in the amount of $25,000.00 as compensatory damages.

JUDGMENT is hereby entered in favor of the plaintiff JUAN CARLOS URIBE and against the defendant TOWN OF CICERO in the amount of $25,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff DUDBETH URIBE and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff HERIBERTO URIBE, JR. and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JOSE MANUEL URIBE, JR. and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff JUANA MARIBEL ESCARENO and against the defendant TOWN OF CICERO in the

amount of $12,500.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff GRACIELA TORRES and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff KASSANDRA TORRES and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff DIEGO TORRES and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff GRACIELA PINEDA and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff SERAFIN RIOS and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JAIR de la CRUZ and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff NORMA de la CRUZ and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JULIA de la CRUZ and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JUAN JOSE de la CRUZ and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff KEVIN de la CRUZ and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff LORENA PAREDES and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff JOSE

REFUGIO PAREDES and against the defendant TOWN OF CICERO in the amount of $25,000.00 as compensatory damages.

JUDGMENT is hereby entered in favor of the plaintiff AMANDA PAREDES and against the defendant TOWN OF CICERO in the amount of $10,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff ALONDRA PAREDES and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff JOSE PAREDES and against the defendant TOWN OF CICERO in the amount of $10,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff JORGE ENRIQUE PEREZ, SR. and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JOEL RICO DURAN and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JOEL RICO DURAN, JR. and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JESUS RICO DURAN and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JESUS URIBE and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff MANUEL URIBE PALACIOS and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered in favor of the plaintiff JUANA SOTO URIBE and against the defendant TOWN OF CICERO in the amount

of $50,000.00 as compensatory damages.

JUDGMENT is hereby entered against the plaintiff IMELDA URIBE and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JOSE MANUEL URIBE and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff RAQUEL URIBE and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JOSE ADRIAN MORENO and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff ISMAEL TORRES and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JESSICA PEREZ and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JOSE MARTIN URIBE and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff FLORENTINA PEREZ, SR. and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff FLORENTINA PEREZ, JR. and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff ISELA PEREZ and in favor of the defendant TOWN OF CICERO.

JUDGMENT is hereby entered against the plaintiff JORGE ENRIQUE PEREZ, JR. and in favor of the defendant TOWN OF CICERO.

The foregoing judgments against the defendant Town are based upon the Town's joint and several liability with the individual defendants and unidentified officers for the amounts of the judgments entered in favor of each plaintiff who prevailed on a state law claim. Separate judgments against the Town and individual officers are not to be aggregated. The Town is jointly liable for a single damages award in favor of each plaintiff who prevailed on a state law claim against an individual defendant or against the Town based upon the conduct of unidentified officers.

DATED: October 6, 2011

ENTER: _____
John F. Grady, United States District Judge